# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOHN & RAZIA AFLATOUNI, § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CASE NO. 4:08cv194 |
| § | |
| § | |
| CHASE HOME FINANCE LLC, § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 5, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. 6) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion for Summary Judgment (Dkt. 6) is GRANTED, and Plaintiffs shall take nothing by their claims.

**IT IS SO ORDERED.**

**SIGNED this 10th day of March, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE